## __EXHIBIT A__

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| HAMON HOLDINGS CORPORATION, | Chapter 11 |
| Debtor. | Case No. 22-10375 (JTD) |
| Tax I.D. No. 4440 | |
| In re: | |
| HAMON CORPORATION, | Chapter 11 |
| Debtor. | Case No. 22-10376 (JTD) |
| Tax I.D. No. 0774 | |
| In re: | Chapter 11 |
| HAMON CUSTODIS, INC., | Case No. 22-10377 (JTD) |
| Debtor. | |
| Tax I.D. No. 5109 | |
| In re: | Chapter 11 |
| HAMON DELTAK, INC., | Case No. 22-10378 (JTD) |
| Debtor. | |
| Tax I.D. No. 2153 | |
| In re | Chapter 11 |
| HAMON RESEARCH-COTTRELL INC., | Case No. 22-10379 (JTD) |
| Debtor. | |
| Tax I.D. No. 5111 | |
| In re: | |
| RESEARCH-COTTRELL COOLING INC., | Chapter 11 |
| Debtor. | Case No. 22-10380 (JTD) |
| Tax I.D. No. 2385 | |

**ORDER DIRECTING JOINT ADMINISTRATION
OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[1] for entry of an order directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting related relief, as more fully set forth in the Motion; and the Court having found that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion and the First Day Declaration in support thereof, and the Court having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED, as set forth herein.

2.      The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 22-10375 in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3.      The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

DM3\8663520.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HAMON HOLDINGS CORPORATION, *et al.*,[1.] | Case No. 22-10375 (JTD) |
| Debtors. | (Joint Administration Requested) |

[1.] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Hamon Holdings Corporation (4440); Hamon Corporation (0774); Hamon Custodis Inc. (5109); Hamon Deltak Inc. (2153); Hamon Research-Cottrell Inc. (5111); and Research-Cottrell Cooling Inc. (2385). The Debtors' mailing address is 46 E. Main Street Suite 301 (P. O. Box 1500) Somerville, NJ 08876.

4.      The Clerk of the Court shall make a docket entry in each of the Debtors' cases (except that of Hamon Holdings Corporation), substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Hamon Holdings Corporation (Case No. 22-10375) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 22-10375 should be consulted for all matters affecting this case.  All further pleadings and other papers in such cases shall be filed in, and all further docket entries shall be made in Hamon Holdings Corporation (Case No. 22-10375).

5.      The Consolidated Caption satisfies the requirements of the first sentence of section 342(c)(1) of the Bankruptcy Code.

6.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

7.      The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Hamon Holdings Corporation, Case No. 22-10375.

8.      Parties in interest are directed to use the Consolidated Caption when filing a pleading with the Court in the chapter 11 cases of the Debtors, which Consolidated Caption

indicates that the pleading relates to the jointly administered chapter 11 cases of "Hamon Holdings Corporation *et al.*"

9.      All original docket entries shall be made in the case of Hamon Holdings Corporation, Case No. 22-10375

10.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4